Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KINGS OF CALI MOTORCYCLE,<br><br>Defendant. | CASE NO. 2:15-cv-01915-MCE-AC<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT KINGS OF CALI MOTORCYCLE CLUB SACRAMENTO KINGS OF CALI, an unknown business entity d/b/a SACRAMENTO KINGS OF CALI |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants KINGS OF CALI MOTORCYCLE CLUB SACRAMENTO KINGS OF CALI, an unknown business entity d/b/a SACRAMENTO KINGS OF CALI, that the above-entitled action is hereby dismissed **with prejudice** against KINGS OF CALI MOTORCYCLE CLUB SACRAMENTO KINGS OF CALI, an unknown business entity d/b/a SACRAMENTO KINGS OF CALI, and subject to the Court's jurisdiction to enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties.

///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**STIPULATION OF DISMISSAL**
**Case No: 2:15-cv-01915-MCE-AC**
**PAGE 1**

Dated: November 25, 2015          *s/Thomas P. Riley*
                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                  By:  Thomas P. Riley
                                  Attorneys for Plaintiff
                                  J & J SPORTS PRODUCTIONS, INC.


Dated: November 25, 2015          *s/Zachary Aaron Knox*
                                  **KNOX & ROSS LAW GROUP**
                                  By: Zachary Aaron Knox, Esquire
                                  Attorneys for Defendant
                                  KINGS OF CALI MOTORCYCLE CLUB SACRAMENTO
                                  KINGS OF CALI, an unknown business entity d/b/a
                                  SACRAMENTO KINGS OF CALI


## ORDER

Pursuant to the foregoing stipulation and Federal Rule of Civil Procedure 41(a)(1), this action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: December 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT